UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON L. PATTERSON,

      Plaintiff,                                    Case No. 1:08-CV-122

v.                                                  Hon. Richard Alan Enslen

PATRICIA CARUSO, et al.,

      Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed March 28, 2008 by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Carmody, filed March 28, 2008, (Dkt. No. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

      **IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
April 23, 2008                                  Richard Alan Enslen
                                                  Senior United States District Judge